UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                    CRIMINAL ACTION NO.
                                                      3:04R00138CH)
CARLYLE HENRY
    Defendant.
                                                      MARCH 27, 2008

### ORDER TO SHOW CAUSE

The Defendant is hereby ORDERED to SHOW CAUSE, by April 15, 2008, why the defendant should be granted relief pursuant to 18 U.S.C. § 3582(c)(2) and 994(u), as well as Amendment 706 to the U.S.S. Guidelines.

The court has reviewed a supplemental Presentence Report prepared by the Probation Office that suggests the defendant is ineligible because the Amendment does not lower the applicable guideline range, U.S.S.G. 1B1.10, comment. (n.1.(A)).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of March, 2008.

           /s/ Janet C. Hall
          Janet C. Hall
          United States District Court